**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**VICTOR WADE HICKS,**

**Petitioner,**

**v.** **Case No. 4:26cv295-MCR/MAF**

**STATE OF FLORIDA, et al.,**

**Respondents.**
**_____________________________/**

# ORDER

The magistrate judge issued a Report and Recommendation dated July 14, 2026, ECF No. 4, recommending that the case be transferred to the Middle District of Florida. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, including any service copies and pending motions, is **TRANSFERRED to the Middle District of Florida, for all further proceedings**.

**DONE AND ORDERED** this 19th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**